**IT IS ORDERED**

**Date Entered on Docket: April 7, 2017**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

Michael Adam Arellano

        Debtor.                                No. 16-12720-t7

ORDER GRANTING MOTION TO COMPEL ABANDONMENT

The matter coming before the Court on the Debtor's Motion to Compel Abandonment ("the Motion"), having been filed on March 1, 2017, a notice of 21-day deadline to object to the Motion was served to all parties in interest on March 1, 2017, the deadline to respond to the Motion, including the three additional days under Fed. R. Bankr. P. 9006(f), was March 25, 2017, no objections having been timely filed with the Court or received by Debtors' counsel, it is:

ORDERED,

1. The Motion to Compel Abandonment of funds owed to Debtor by Anthony Denardis is GRANTED.

2. These funds are hereby abandoned by the estate and, upon recovery, may be released directly to Debtor, Adam Michael Arellano.

### END OF ORDER ###

Order prepared by,

*/s/ James T. Burns "electronically submitted"*
James T. Burns, III, Esq.
Daniel T. Dougherty, Esq.
*Counsel for Debtor, Michael Adam Arellano*
1803 Rio Grande Blvd. Suite B
Albuquerque, NM 87104
(505) 246-2878
(505) 246-0900 – facsimile
james@abqbizlaw.com
ddougherty@abqbizlaw.com
efile@abqbizlaw.com


Copy to:

Ed Mazel
Chapter 7 Trustee
320 Gold Ave. SW Ste. 300A
Albuquerque, NM 87102-3232

Anthony Denardis
8901 Paramount Ct. NE
Albuquerque, NM 87122-3001